PERRY v. TREADWELL. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Appeal from Special Term, New York County. Action by Ellis B. Perry, as administrator, against Charles W. Treadwell. From an order requiring plaintiff to serve a bill of particulars, he appeals. Reversed, and motion denied. S. C. Carlton, for appellant. W. Wills, for respondent.

PER CURIAM. It does not appear that the particulars which the order required the plaintiff to furnish are at all material to the cause of action set up in the complaint, if any; and for that reason the order appealed from is reversed, with $10 costs and disbursements, and the motion for bill of particulars denied, with $10 costs.

PETERSON, Respondent, v. P. BALLANTINE & SONS, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Albert Peterson, as administrator, etc., of Charles Peterson, deceased, against P. Ballantine & Sons.

PER CURIAM. Judgment and order affirmed, with costs.

CARR, J., dissents. RICH, J., taking no part.

PFOTENHAUER–NESBIT CO., Appellant, v. RAYMORE REALTY CO., Respondent. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by the Pfotenhauer-Nesbit Company against the Raymore Realty Company. J. W. Dean, for appellant. L. A. Jaffer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

P. H. GILL & SONS FORGE & MACHINE WORKS, Appellant, v. DETROIT CADILLAC MOTOR CAR CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1910.) Action by the P. H. Gill & Sons Forge & Machine Works against the Detroit Cadillac Motor Car Company. No opinion. Motion for reargument denied, with $10 costs. For former opinion, see 123 N. Y. Supp. 621.

POLLAKOFF, Respondent, v. RAVITCH et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Jacob Pollakoff against David Ravitch, Joseph Ravitch, and Amelia Heymann, copartners doing business under the firm name of Ravitch Bros. No opinion. Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs. For former decision, see 124 N. Y. Supp. 1126.

POST et al., Respondents, v. THOMAS et al., Appellants. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Edwin M. Post and others against Edward R. Thomas and others, impleaded, etc. R. A. Irving, for appellants. W. G. Wilson, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

POTTER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by Erastus D. Potter against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See opinion by SPRING, J., on former appeal in same case, reported at 134 App. Div. 827, 119 N. Y. Supp. 150.

McLENNAN, P. J., and ROBSON, J., dissent upon the ground that the evidence fails to establish any further duty of defendant as to giving signals at the crossing in question than that required at the ordinary farm crossing.

PRENTISS TOOL & SUPPLY CO. v. HYDROSTATIC MACHINERY CO. (Supreme Court, Appellate Division, Fourth Department. October 21, 1910.) Action by the Prentiss Tool & Supply Company against the Hydrostatic Machinery Company. No opinion. Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs. See, also, 138 App. Div. 914, 123 N. Y. Supp. 1137; 124 N. Y. Supp. 1127.

PRESSPRICH, Appellant, v. HEILMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Henri Pressprich against Sebastian Heilman and others. No opinion. Motion for reargument denied, with costs. For former decision, see 123 N. Y. Supp. 1137.

RAAB, Respondent, v. HUDSON RIVER TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Charles E. Raab against the Hudson River Telephone Company. No opinion. Motion denied, without costs. See, also, 123 N. Y. Supp. 1037.

RAHN, Appellant, v. ABLETT, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by George Rahn against Robert Ablett. No opinion. Motion granted, and appeal dismissed without costs.

RAIBLE, Respondent, v. HYGIENIC ICE & REFRIGERATING CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Adam Raible, an infant, by Sophia Raible, his guardian ad litem, against the Hygienic Ice & Refrigerating Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 134 App. Div. 705, 119 N. Y. Supp. 138.

SEWELL and HOUGHTON, JJ., dissenting.